THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. 27 BARRELS OF WINE, etc. LOUISA FRATERCANGELO, Appellant.— Judgment and order reversed upon the facts and the law and property ordered returned to claimant for the following reasons: The search warrant was void because the petition on which it was granted was insufficient to show violation of the statute.* (*Matter of Liquors Seized at Auto Inn, Plattsburgh,* 204 App. Div. 185; Daily Record, March 8, 1923†). The jurisdictional procedure following seizure without a warrant as provided in section 802-b, subdivision 6, of the Code of Criminal Procedure,‡ as construed in *People* v. *Diamond* (233 N. Y. 130), was not followed in respect to the officer's

---

* See Penal Law, art. 113, as added by Laws of 1921, chap. 155, known as the State Prohibition Act. See, also, footnote, *ante,* p. 648.— [REP.

† See *Matter of Liquors of John Doe at 118 Moffatt St., Dunkirk, ante,* p. 647.— [REP.

‡ Added by Laws of 1921, chap. 156, known as the State Prohibition Enforcement Act. See, also, footnote, *ante,* p. 648.— [REP.

return and in respect to the notice to show cause. All concur; Davis, J., not sitting.